FRANCES B. DOELL, as Administratrix of the Estate of ANDREW DOELL, Deceased, Appellant, *v.* LENA BULL et al., Respondents.

A. D. REALTY CORPORATION, Respondent, *v.* FRANCES B. DOELL, as Administratrix of the Estate of ANDREW DOELL, Deceased, Appellant.

Submitted October 8, 1937; decided November 16, 1937.

*A. J. Oshei Hoschek, Herbert S. Felner* and *Joseph M. Metnick* for plaintiff, appellant and defendant, appellant.

*Meyer Kirschenbaum* for defendants, respondents and plaintiff, respondent.

In each action: Appeal dismissed, with costs, because no final judgment has been entered. The court has granted leave to appeal which will permit an appeal to be taken after the entry of final judgment. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.